\* \* LABEL LIST \* \*

Case Number: 1:02-cv-00146

John O'Kane Jr., Esq.
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI  96813

Randall B. Geuy, Esq.
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI  96813

Paul A. Schraff, Esq.
Dwyer Schraff Meyer Jossem & Bushnell
1800 Pioneer Plaza
900 Fort St Ste 1800
Honolulu, HI  96813

James H. Hershey, Esq.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi  96813

Mark B. Desmarais, Esq.
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI  96813-2639

Dawn T. Sugihara, Esq.
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI  96813-2639