# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 02-00146SOM-BMK

CASE NAME:          Healy Tibbitts Builders, Inc. v. Mannering Construction, et al.

ATTYS FOR PLA:      Mark S. Hamilton

ATTYS FOR DEFT:     Paul A. Schraff, James H. Hershey

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:   C6 no record

DATE:     4/25/2006                TIME:       2:50 - 3:05

---

COURT ACTION:  EP: Status Conference held.
James Hershey ordered to disclosure the terms of settlement between Healy Tibbitts Builders, Inc. and Insurance Associates, Inc. to Paul Schraff.

New dates given.  Court to prepare an amended scheduling order.

1.   Jury trial on September 12, 2006 at 9:00 a.m. before SOM
2.   Final Pretrial Conference on August 1, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by July 25, 2006
5.
6.
7.   File Dispositive Motions by July 20, 2006
8a.  File Motions in Limine by August 22, 2006
8b.  File opposition memo to a Motion in Limine by August 29, 2006
11a.
11b.
12.  Discovery deadline August 11, 2006
13.  Settlement Conference set for May 9, 2006 at 1:30 p.m. before BMK
14.  Settlement Conference Statements due May 8, 2006
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 29, 2006
21.  File Final witness list by August 22, 2006
24.  Exchange Exhibit and Demonstrative aids by August 15, 2006

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 22, 2006
26. File objections to the Exhibits by August 29, 2006
28a. File Deposition Excerpt Designations by August 22, 2006
28b. File Deposition Counter Designations and Objections by August 29, 2006
29. File Trial Brief by August 29, 2006
30.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager