ORIGINAL

DWYER SCHRAFF MEYER
GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF,            2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone No.: (808) 524-8000

Attorneys for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HEALY TIBBITTS BUILDERS, INC., | ) | CIVIL NO. 02-00146 SOM/BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of *DEFENDANT JOHN M. MANNERING*

*d.b.a. MANNERING CONSTRUCTION COMPANY'S FIRST REQUEST FOR*

256724.1

*PRODUCTION OF DOCUMENTS TO DEFENDANTS SCOTT CHRISTENSEN AND INSURANCE ASSOCIATES, INC.* was this day duly served upon the following parties at their last known addresses as follows:

| | |
|---|---|
| JOHN O'KANE, JR., ESQ.<br>Frame Formby & O'Kane<br>500 Ala Moana Blvd., Suite 575<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>HEALY TIBBETTS BUILDERS | U.S. Mail |
| JAMES HERSHEY, ESQ.<br>Fukunaga Matayoshi Hershey & Ching<br>Davies Pacific Center<br>841 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>INSURANCE ASSOCIATES, INC. and<br>SCOTT CHRISTENSEN | Hand Delivery |

DATED: Honolulu, Hawaii, May 3, 2006.

_____
PAUL A. SCHRAFF
Attorneys for Defendant
JOHN M. MANNERING dba
MANNERING CONSTRUCTION
COMPANY