DWYER SCHRAFF MEYER
GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF,        2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone No.: (808) 524-8000

Attorneys for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MANNERING CONSTRUCTION  )<br>COMPANY; INSURANCE  )<br>ASSOCIATES, INC.; HAWAII  )<br>EMPLOYERS MUTUAL INSURANCE )<br>COMPANY, INC.,  )<br>)<br>Defendants.  )<br>_____ ) | CIVIL NO.  02-00146 SOM/BMK<br><br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of *DEFENDANT JOHN M. MANNERING*

*d.b.a. MANNERING CONSTRUCTION COMPANY'S SECOND REQUEST FOR*

*PRODUCTION OF DOCUMENTS TO DEFENDANT INSURANCE ASSOCIATES, INC.* was this day duly served upon the following parties at their last known addresses as follows:

    JOHN O'KANE, JR., ESQ.        U.S. Mail
    Frame Formby & O'Kane
    500 Ala Moana Blvd., Suite 575
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    HEALY TIBBETTS BUILDERS

    JAMES HERSHEY, ESQ.        Hand Delivery
    Fukunaga Matayoshi Hershey & Ching
    Davies Pacific Center
    841 Bishop Street, Suite 1200
    Honolulu, Hawaii 96813

    Attorney for Defendants
    INSURANCE ASSOCIATES, INC. and
    SCOTT CHRISTENSEN

    DATED: Honolulu, Hawaii, May 9, 2006.

                                    /s/ Paul A. Schraff
                                  PAUL A. SCHRAFF
                                  Attorneys for Defendant
                                  JOHN M. MANNERING dba
                                  MANNERING CONSTRUCTION
                                  COMPANY