DWYER SCHRAFF MEYER
GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF,         2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone No.: (808) 524-8000

Attorneys for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HEALY TIBBITTS BUILDERS, INC., | ) | CIVIL NO.  02-00146 SOM/BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, two copies of the foregoing *Defendant John M. Mannering d.b.a. Mannering Construction Company, Second Request For Answers To Interrogatories To Defendants Insurance Associates, Inc. and Scott Christensen* were duly served upon:

JAMES HERSHEY, ESQ.                                  BY HAND DELIVERY
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813

Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN

and a copy was duly served on each of the following parties at their last known addresses by depositing same in the United States Mail, postage prepaid:

JOHN O'KANE, JR., ESQ.                               U.S. MAIL
Frame Formby & O'Kane
500 Ala Moana Blvd., Suite 575
Honolulu, Hawaii  96813

Attorney for Plaintiff
HEALY TIBBETTS BUILDERS

DATED: Honolulu, Hawaii, May 17, 2006.


                                                /s/ Paul A. Schraff
                                                PAUL A. SCHRAFF
                                                Attorneys for Defendant
                                                JOHN M. MANNERING dba
                                                MANNERING CONSTRUCTION COMPANY