# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00146SOM-BMK |
| CASE NAME: | Healy Tibbitts Builders, Inc. v. Mannering Construction Company, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | James H. Hershey by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 5/18/2006 | TIME: | 9:15 - 9:30 |

COURT ACTION: EP: Status Conference Re Settlement held with James H. Hershey.

Submitted by Richlyn Young, Courtroom Manager