DWYER SCHRAFF MEYER
GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF,           2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone No.: (808) 524-8000

Attorneys for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC.,<br><br>Defendants. | CIVIL NO.  02-00146 SOM/BMK<br><br>CERTIFICATE OF SERVICE<br>(Re: DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION)<br><br>[Depo:  Jack P. Suyderhoud, Ph.D. Friday, May 26, 2006 at 9:30 a.m. 900 Fort Street Mall, Suite 1800 Honolulu, Hawaii  96813]<br><br>Trial Date:  September 12, 2006 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Defendant John M. Mannering

D.B.A. Mannering Construction Company's Notice of Taking Deposition Upon

Oral Examination was duly served upon the following parties at their last known addresses by depositing same in the United States Mail, postage prepaid, on May 19, 2006, as follows:

>JOHN O'KANE, JR., ESQ.
>Frame Formby & O'Kane
>500 Ala Moana Blvd., Suite 575
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff
>HEALY TIBBITTS BUILDERS
>
>JAMES HERSHEY, ESQ.
>Fukunaga Matayoshi Hershey & Ching
>Davies Pacific Center
>841 Bishop Street, Suite 1200
>Honolulu, Hawaii  96813
>
>Attorney for Defendants
>INSURANCE ASSOCIATES, INC. and
>SCOTT CHRISTENSEN

>DATED:  Honolulu, Hawaii, May 22, 2006.

>>/s/ Paul A. Schraff_____
>>PAUL A. SCHRAFF
>>Attorneys for Defendant
>>JOHN M. MANNERING dba
>>MANNERING CONSTRUCTION
>>COMPANY