DWYER SCHRAFF MEYER
GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF,          2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone No.: (808) 524-8000

Attorneys for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., <br><br> Defendants. | CIVIL NO.  02-00146 SOM/BMK <br><br> CERTIFICATE OF SERVICE (Re: DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (HEALY TIBBITTS BUILDERS, INC. 30(b)(6) on June 2, 2006); EXHIBIT A) <br><br> Trial Date:  September 12, 2006 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above-identified was duly served

upon the following at their last known addresses by depositing same in the United

States Mail this day, postage prepaid, as follows:

JOHN O'KANE, JR., ESQ.
Frame Formby & O'Kane
500 Ala Moana Blvd., Suite 575
Honolulu, Hawaii 96813

Attorney for Plaintiff
HEALY TIBBITTS BUILDERS

JAMES HERSHEY, ESQ.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN

DATED: Honolulu, Hawaii, May 24, 2006.

                                                      /s/ Paul A. Schraff
                                                      PAUL A. SCHRAFF

                                                      Attorneys for Defendant
                                                      JOHN M. MANNERING dba
                                                      MANNERING CONSTRUCTION
                                                      COMPANY