# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5-25-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00146SOM-BMK |
| CASE NAME: | Healy Tibbitts v. Mannering |
| ATTYS FOR PLA: | John O'Kane, Mark Hamilton |
| ATTYS FOR DEFT: | Paul A. Schraff, James H. Hershey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 5-25-06 | TIME: | 10 - 10:45 |

COURT ACTION:  EP: Further Settlement Conference held.  Case settled.  Settlement on the Record set for 6-9-06 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager