# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 02-00146SOM-BMK

CASE NAME:        Healy Tibbitts Builders, Inc. v. Mannering Construction Company, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:   Paul A Schraff, James H. Hershey

INTERPRETER:

JUDGE:   Barry M. Kurren         REPORTER:   C6F

DATE:    6/9/2006                TIME:       9:47 - 10:17

COURT ACTION:  EP: Settlement on the Record - SEALED HEARING HELD.

Parties to file Motions for Good Faith Settlement, including a proposed order, by 7-10-06. Hearing set for 8-16-06 @ 2 p.m., BMK.

All other dates vacated.

Submitted by Richlyn Young, Courtroom Manager