Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF          2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Fax:  (808) 537-4667
E-Mail:  pschraff@dwyerlaw.com

Attorney for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION
COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN<br><br>      Defendants. | CIVIL NO. CV02-00146 SOM BMK<br><br>DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL A. SCHRAFF; [SEALED EXHIBIT "A"] AND EXHIBIT "B"; CERTIFICATE OF SERVICE<br><br>Hearing Date:  August 16, 2006<br>       Time: 9:30 a.m.<br>      Judge:  Barry M. Kurren |

257827.2

## NOTICE OF HEARING MOTION

TO:  MARK B. DESMARAIS, ESQ.
Tom Petrus & Miller, LLLC
Finance Factors Ctr.
1164 Bishop St., Ste 650
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII EMPLOYERS' MUTUAL
INSURANCE COMPANY, INC.

JAMES H. HERSHEY, ESQ.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN

JOHN O'KANE, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza, Suite 575
Honolulu, Hawaii 96813

Attorney for Plaintiff
HEALY TIBBITTS BUILDERS, INC.

NOTICE IS HEREBY GIVEN that Defendant JOHN M. MANNERING d.b.a.

Mannering Construction Company's PETITION FOR DETERMINATION OF

GOOD FAITH SETTLEMENT shall be heard before the Honorable Barry M.

Kurren, Magistrate Judge of the above-entitled court, in his courtroom at the U.S.

Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu,

257827.2

Hawaii, on August 16, 2006, at 9:30 a.m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, July 10, 2006.

PAUL A. SCHRAFF
Attorneys for Defendant
JOHN M. MANNERING dba
MANNERING CONSTRUCTION
COMPANY

257827.2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN<br><br>       Defendants. | CIVIL NO. CV02-00146 SOM BMK<br><br>DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT<br><br>Hearing Date:  August 16, 2006<br>        Time:  9:30 a.m.<br>      Judge:  Barry M. Kurren<br><br>Trial date: September 12, 2006 |

### DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

COMES NOW Defendant John M. Mannering, d.b.a. Mannering Construction Company ("Mannering"), by and through his attorneys, Dwyer Schraff Meyer Grant & Green, and hereby petitions this Honorable Court for a judicial determination of the good faith of the settlement between Mannering and Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN (collectively "IAI") (Mannering and IAI being collectively referred to as the "Parties"), and for an order dismissing all cross-claims and any other claims by an alleged joint tortfeasor or co-obligor for equitable comparative contribution or

257827.2

partial or comparative indemnity against the Parties.

This petition is brought pursuant to Hawaii Revised Statutes Section 663-15.5 (Act 300 as enacted by the Legislature of the State of Hawaii, 2001 Session), Rule 7 of the Federal Rules of Civil Procedure, and is supported by the memorandum, declaration, and exhibits attached hereto, and the entire record and files of this case, which are hereby incorporated by reference.

DATED: Honolulu, Hawaii, July 10, 2006.

PAUL A. SCHRAFF
Attorneys for Defendant
JOHN M. MANNERING dba
MANNERING CONSTRUCTION
COMPANY

257827.2