IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN<br><br>Defendants. | CIVIL NO. CV02-00146 SOM BMK<br><br>DECLARATION OF PAUL A. SCHRAFF |

## DECLARATION OF PAUL A. SCHRAFF

I, PAUL A. SCHRAFF, declare as follows:

1. Declarant is the attorney of record for Defendant JOHN M. MANNERING, d.b.a. Mannering Construction Company ("Mannering") in the above-entitled matter and is competent to testify as to the matters set forth below.

2. Attached as Exhibit "A" is a true and correct copy of the SETTLEMENT, INDEMNITY AND RELEASE AGREEMENT between Defendant INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN (collectively "IAI") and Mannering.

3. Attached as Exhibit "B" is a true and correct copy of the *Plaintiff's First Amended Response to Defendant Mannering Construction Company's Second*

257827.2

*Request for Answers to Interrogatories Propounded on February 18, 2005.*

4. All negotiations between Mannering and IAI were conducted at arms length and primarily through mediator, Keith Hunter, during mediation proceedings in late 2004 and subsequently before United States Magistrate Judge Barry M. Kurren during various settlement conferences and when the Parties put their settlement on the record.. The Parties discussed the matter in good faith and reached the proposed settlement after a full consideration of the facts and circumstances discussed above.

Pursuant to Hawaii Circuit Court Rule 7(g), I do hereby declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 10, 2006.

_____
PAUL A. SCHRAFF
Attorneys for Defendant
JOHN M. MANNERING dba
MANNERING CONSTRUCTION
COMPANY