IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN <br><br> Defendants. | CIVIL NO. 02-00146 SOM/BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL A. SCHRAFF; [SEALED EXHIBIT "A"] AND EXHIBIT "B"; CERTIFICATE OF SERVICE was duly served upon the following parties at their last known addresses by depositing same in the United States Mail, postage prepaid, as follows:

JOHN O'KANE, JR., ESQ.
Frame Formby & O'Kane
500 Ala Moana Blvd., Suite 575
Honolulu, Hawaii 96813

Attorney for Plaintiff
HEALY TIBBITTS BUILDERS

257827.2

JAMES HERSHEY, ESQ.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813

Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN

MARK B. DESMARAIS, ESQ.
Tom Petrus & Miller, LLLC
Finance Factors Ctr.
1164 Bishop St., Ste 650
Honolulu, Hawaii  96813

Attorney for Defendant
HAWAII EMPLOYERS' MUTUAL
INSURANCE COMPANY, INC.


DATED:  Honolulu, Hawaii, July 10, 2006.

_____
PAUL A. SCHRAFF

Attorneys for Defendant
JOHN M. MANNERING dba
MANNERING CONSTRUCTION
COMPANY

257827.2