**ORIGINAL**

Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING
A Limited Liability Partnership

JAMES H. HERSHEY   3199-0
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 533-4300

Attorney for Defendants
INSURANCE ASSOCIATES, INC.
and SCOTT CHRISTENSEN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HEALY TIBBITTS BUILDERS, INC., | ) | CIVIL NO. CV 02-00146 SOM BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING OF MOTION; DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN'S PETITION FOR DETERMINATION OF GOOD FAITH OF SETTLEMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES H. HERSHEY; [SEALED EXHIBIT "A"] AND EXHIBIT "B"; CERTIFICATE OF SERVICE |
| vs. | ) | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | ) | |
| Defendants. | ) | |
| | ) | Hearing |
| | ) | Date: August 16, 2006 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: The Hon. Barry M. Kurren |

G:\Mannering\Mannering PLEAD\Good Faith Petition.070606.wpd

_____ )        Trial date: September 12, 2006

## NOTICE OF HEARING OF MOTION

TO:   JOHN O'KANE, JR., ESQ.
      Frame Formby & O'Kane
      Four Waterfront Plaza
      500 Ala Moana Boulevard, Suite 575
      Honolulu, Hawaii 96813

      Attorneys for Plaintiff
      HEALY TIBBITTS BUILDERS, INC.

      MARK B. DESMARAIS, ESQ.
      Tom Petrus & Miller
      1164 Bishop Street, Suite 650
      Honolulu, Hawaii 96813

      Attorney for Defendant
      HAWAII EMPLOYERS MUTUAL
      INSURANCE COMPANY, INC.

      PAUL SCHRAFF, ESQ.
      Dwyer Schraff Meyer Jossem &
         Bushnell
      1800 Pioneer Plaza
      900 Fort Street Mall
      Honolulu, Hawaii 96813

      Attorney for Defendant
      MANNERING CONSTRUCTION COMPANY

      NOTICE IS HEREBY GIVEN that DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN'S PETITION FOR

DETERMINATION OF GOOD FAITH OF SETTLEMENT shall come for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in her courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, on August 16, 2006 at 9:30 a.m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii,     JUL 10 2006     .

          JAMES H. HERSHEY
          Attorney for Defendants
          INSURANCE ASSOCIATES, INC.
          and SCOTT CHRISTENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HEALY TIBBITTS BUILDERS, INC., | ) ) ) | CIVIL NO. CV 02-00146 SOM BMK |
| Plaintiff, | ) ) ) | DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN'S PETITION FOR DETERMINATION OF GOOD FAITH OF SETTLEMENT |
| vs. | ) ) ) | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

DEFENDANTS INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN'S PETITION FOR DETERMINATION
OF GOOD FAITH OF SETTLEMENT

Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN (collectively the "IAI"), by and through their attorneys, Fukunaga Matayoshi Hershey & Ching, hereby petition this Honorable Court for a judicial determination of the good faith of settlement between IAI and Plaintiff HEALY TIBBITTS BUILDERS, INC. ("Plaintiff") (both collectively referred to as the "Parties"), and for an order dismissing all cross-claims and any other claims by an alleged joint tortfeasor or co-obligor for equitable comparative contribution

or partial or comparative indemnity against the Parties.

This petition is brought pursuant to Hawaii Revised Statutes Section 663-15.5 (Act 300 as enacted by the Legislature of the State of Hawaii, 2001 Session), Rule 7 of the Federal Rules of Civil Procedure, and is supported by the memorandum, declaration, and exhibits attached hereto, and the entire record and files of this case.

DATED: Honolulu, Hawaii, _____JUL 10 2006_____.

_____
JAMES H. HERSHEY
Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN