IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HEALY TIBBITTS BUILDERS, INC., | ) ) ) | Civil No. 02-00146 SOM/BMK |
| Plaintiff, | ) ) ) | DECLARATION OF JAMES H. HERSHEY |
| vs. | ) ) ) | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF JAMES H. HERSHEY

I, JAMES H. HERSHEY, declares as follows:

1.  Declarant is a partner with the law firm of FUKUNAGA MATAYOSHI HERSHEY & CHING, and is the attorney of record for Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN (collectively "IAI") in the above-entitled matter.

2.  Declarant is competent to testify as to the matters set forth below.

3.    Attached as Exhibit "A" is a true and correct copy of the Settlement Release and Indemnity Agreement between Plaintiff and IAI which is filed under seal to maintain its confidentiality pursuant to permission of the court.

4.    Attached as Exhibit "B" is a true and correct copy of the expert report filed by Plaintiff's economic expert, Jack Suyderhoud, indicating the present value of LHWC payments.

5.    All negotiations between Plaintiff and IAI were conducted at arms length and primarily through mediator, Keith Hunter, during mediation proceedings in late 2004 and subsequently before United States Magistrate Judge Barry M. Kurren during various settlement conferences and when the Parties put their settlement on the record.. The Parties discussed the matter in good faith and reached the proposed settlement after a full consideration of the facts and circumstances discussed above.

Pursuant to Hawaii Circuit Court Rule 7(g), I, JAMES H. HERSHEY, do hereby declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, JUL 10 2006

_____
JAMES H. HERSHEY