IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., | CIVIL NO. CV 02-00146 SOM BMK |
| Plaintiff, | EXHIBIT "A" FILED UNDER SEAL TO DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN'S PETITION FOR DETERMINATION OF GOOD FAITH OF SETTLEMENT |
| vs. | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | |
| Defendants. | |

EXHIBIT "A"