Jack P. Suyderhoud, Ph.D.
Economist
7149 Kukii Street
Honolulu, Hawaii 96825
Phone 808-342-6226; Fax 808-395-1876

January 22, 2003

John O'Kane, Jr.
Four Waterfront Plaza, Suite 575
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Via Fax: 545-3065

        Re: <u>Healy Tibbitts Builders v. Mannering Constr.</u>
           <u>(Civil No. CV02-00146 SOM BMK)</u>

Dear Mr. O'Kane:

   This constitutes my initial calculation of the present value of the payments made by Healy Tibbitts in the case of Finefeuiaki Maumau.

   The present value of those payments is $587,911. Page 3 shows how this result is derived. Page 2 shows that Mr. Maumau's widow has a life expectancy to age 80.0 (in the year 2046).

   The sources upon which I relied are indicated on pages 2 and 3.

   Please let me know if you have any questions.

                                      Respectfully,

                                      Jack P. Suyderhoud, Ph.D.

EXHIBIT "B"

1/22/2003 7:35 A

ANALYSIS FOR MAUMAU

| TIMELINE CALCULATIONS: | | DATE | AGE |
|---|---|---|---|
| DARLETTE MAUMAU: | | | |
| | DATE OF BIRTH: | 02-Feb-66 | - |
| | DATE FOR "NOW": | 1-Jan-03 | 36.9 |
| | NORMAL LIFE EXP: | 25-Nov-46 | 80.8 |
| | SOURCE: USDHHS, NATL VITAL STAT REPT, US LIFE TABLES, 98, 2/7/01 | | |
| SALESI MAUMAU: | | | |
| | DATE OF BIRTH: | 14-Jan-89 | - |
| | DATE FOR "NOW": | 1-Jan-03 | 14.0 |
| | DATE AGE 18: | 14-Jan-07 | 18.0 |
| | DATE AGE 23: | 14-Jan-12 | 23.0 |
| SALESI SIONE MAUMAU: | | | |
| | DATE OF BIRTH: | 19-Jun-90 | - |
| | DATE FOR "NOW": | 1-Jan-03 | 12.5 |
| | DATE AGE 18: | 18-Jun-08 | 18.0 |
| | DATE AGE 23: | 18-Jun-13 | 23.0 |

Page 2

ANALYSIS FOR MAUMAU                                                                                               1/22/2003 7:44 AM

| # | | | Value | Notes |
|---|---|---|---|---|
| | **PRESENT VALUE CALCULATION:** | | | |
| 12 | AVERAGE WEEKLY WAGE: | | $ 1,168.73 | SOURCE: US DOL, OFF OF ADM LAW JUDGE, 11/1/02 |
| 13 | PERCENTAGE: | | 66.67% | SOURCE: US DOL, OFF OF ADM LAW JUDGE, 11/1/02 |
| 14 | AMOUNT PER WEEK: | | $ 777.82 | CALCULATED AS 12 TIMES 113 |
| 15 | WEEKS PER YEAR: | | 52.18 | CALCULATED AS 365.25/7 |
| 16 | AMOUNT PER YEAR: | | $ 40,586 | CALCULATED AS 14 TIMES 15 |
| | **PRESENT VALUE OF FUTURE PAYMENTS:** | | | |
| 17 | INTEREST RATE (AAA CORP): (AVG 1953-2001) | | 7.39% | SOURCE: CEA, ECONOMIC REPT OF PRES, 02, TABLES B-49, B-60, B-73 UPDATED WITH JEC, ECON INDICATORS, MAY 02, P. 16, 23, 30 |
| 18 | YEARS OF FUTURE PAYMENTS: | | 43.9 | CALCULATED AS (20-19)/365.25 |
| 19 | START: | 1-Jan-03 | | |
| 20 | END: | 25-Nov-46 | | |
| 21 | PRES VAL FUTURE PMTS: | | $524,884 | CALCULATED USING EXCEL PV FORMULA WITH ROWS 16, 17 AND 18 |
| | **PAST PAYMENTS:** | | | |
| 22 | LUMP SUM 11/8/02: | | $ 54,582 | SOURCE: COUNSEL, HTBI TOTAL PAYMENTS |
| 23 | FUNERAL EXPENSES: | | $ 3,000 | SOURCE: COUNSEL, HTBI TOTAL PAYMENTS |
| 24 | NOV-DEC 2002 PAYMENTS: | | $ 5,445 | CALCULATED BASED ON 7 WEEKS |
| 25 | TOTAL PAST PAYMENTS: | | $ 63,027 | CALCULATED SUM OF 22 - 24 |
| | **PRESENT VALUE OF PAST AND FUTURE PAYMENTS:** | | | |
| 26 | TOTAL: | | $587,911 | CALCULATED AS 21 + 25 |

## QUALIFICATIONS OF THE WITNESS

**NAME:** Dr. Jack P. Suyderhoud

**TITLE:** Professor of Business Economics
College of Business Administration
University of Hawaii at Manoa
2404 Maile Way
Honolulu, Hawaii 96822

**EDUCATION:**
Ph.D., Economics, Purdue University (August 1978)
MS, Economics, Purdue University (December 1972)
B.S. (Cum Laude), Economics and Mathematics, Jamestown College (May 1971)

**EMPLOYMENT HISTORY:**

Professor (August 1978-present), College of Business Administration, University of Hawaii, Honolulu.

Associate Dean (1996-2000), Acting Dean (July - December, 1999), College of Business Administration, University of Hawaii, Honolulu.

Executive Director, Tax Review Commission, State of Hawaii, September 1983-December 1984.

Visiting Associate Professor, San Jose State University, Department of Quantitative Methods, Summer 1987.

Adjunct Instructor, Central Michigan University, Hawaii Center, Honolulu, 1980-1983.

Visiting Assistant Professor, Department of Economics, Purdue University, West Lafayette, Indiana, 1977-1978.

Assistant Professor, Department of Economics, Eastern Michigan University, Ypsilanti, Michigan, 1975-1977.

Research Associate, Advisory Commission on Intergovernmental Relations, Washington, D.C., 1974-1975.

**PROFESSIONAL AFFILIATIONS:**
Academy of International Business, American Economic Association; National Tax Association (Past Chairman of Intergovernmental Fiscal Relations Committee); National Association of Forensic Economists; Western Economic

A-1

Association; Hawaii Economic Association (Past President); Western Tax Association (Past President).

## TEACHING AND SERVICE AWARDS:
Business Administration, *Kaizen Service Award* (1993 and 1995). University of Hawaii, *Presidential Citation for Meritorious Teaching* (1992); First Interstate Bank, *Dennis Ching Award for Excellence in Teaching* (1991); Graduate Business Student Association, *Professor of the Year*, winner (1987) and runner-up (1990); College of Business Administration, *Teaching Award* (1988); Executive MBA Student, *Outstanding Professor Award* (1983); College of

## QUALIFIED AS EXPERT WITNESS ON ECONOMIC MATTERS:
State of Hawaii Circuit Courts on Oahu, Maui, Kauai, and Hawaii.
U.S. District Courts in Hawaii and Orange County, California.
Superior Court, Commonwealth of the Northern Marianas Islands.

## CONSULTING CLIENTS:
Numerous attorneys for whom I provide expert testimony on economic issues. (On going)

AIG Hawaii: assessment of Hawaii insurance tax credit (1997 and 1999)

American Samoa Government: evaluation of minimum wage statutes (1995)

Hawaii State AFL-CIO: evaluation of state unemployment insurance fund balance adequacy (1991)

Amfac Distribution Comp.: forecasting model for sales. (1991)

Government of Guam: evaluation of tax incentives for economic development. (1989-90)

County of Hawaii Planning Department: economic and government revenue forecasting . (1986-1989, and 1999)

National Education Association, Washington, D.C.: state revenue diversification (1988) and state income taxes (1987).

Hawaii Natural Energy Institute: economics of hydrogen and methanol production from renewable resources (1985-1988); economic analysis of alternate energy, (1980)

Pacific Basin Development Council: air transportation economics for U.S. flag Pacific islands. (1984)

U.S. Department of Commerce, Trade Assistance Administration: technical financial assistance. (1983)

Jack P. Suyderhoud, Ph.D.
Economist
7149 Kukii Street
Honolulu, Hawaii 96825
Phone 808-395-8031; Fax 808-395-1876

# RATES FOR ECONOMIC CONSULTATION (effective 6/1/01)

| | |
|---|---|
| Research, Analysis, Communications, Report Preparation: | $225.00 per hour |
| Deposition Testimony: | $260.00 per hour |
| Court Testimony: | $1,100 per 1/2 day |
| Additional expenses (such as travel and travel time): | extra |

A-6