IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., | CIVIL NO. CV 02-00146 SOM BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following at their last known address by the following means on     JUL 10 2006    .

                                                                         U.S. Mail        Hand delivery

JOHN O'KANE, JR., ESQ.                                            X
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Boulevard, Suite 575
Honolulu, Hawaii 96813

Attorneys for Plaintiff
HEALY TIBBITS BUILDERS, INC.

G:\Mannering\Mannering PLEAD\Good Faith Petition.070606.wpd

|  | U.S. Mail | Hand delivery |
|---|---|---|
| MARK B. DESMARAIS, ESQ.<br>Tom Petrus & Miller<br>1164 Bishop Street, Suite 650<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>HAWAII EMPLOYERS MUTUAL<br>INSURANCE COMPANY, INC. |  | X |
| PAUL SCHRAFF, ESQ.<br>Dwyer Schraff Meyer Grant & Green<br>1800 Pioneer Plaza<br>900 Fort Street Mall<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>MANNERING CONSTRUCTION COMPANY |  | X |

DATED: Honolulu, Hawaii, JUL 10 2006

JAMES H. HERSHEY
Attorney for Defendants
INSURANCE ASSOCIATES, INC.
and SCOTT CHRISTENSEN