Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING
A Limited Liability Partnership

JAMES H. HERSHEY    3199-0
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300

Attorney for Defendants
INSURANCE ASSOCIATES, INC.
and SCOTT CHRISTENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., | CIVIL NO. CV 02-00146 SOM BMK |
| Plaintiff, | DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN'S JOINDER TO DEFENDANT JOHN M. MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED ON JULY 10, 2006; CERTIFICATE OF SERVICE |
| vs. | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., | |
| Defendants. | Hearing:<br>Date:  August 16, 2006<br>Time:  2:00 p.m.<br>Judge: Barry M. Kurren |

G:\Mannering\Mannering PLEAD\Joinder-Mannering Good Faith.wpd

DEFENDANTS INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN'S JOINDER TO DEFENDANT JOHN M.
MANNERING d.b.a. MANNERING CONSTRUCTION COMPANY'S
PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT
<u>FILED ON JULY 10, 2006</u>

DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN, by and through their attorneys, Fukunaga Matayoshi Hershey & Ching, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.9, enter this substantive joinder to Defendant John M. Mannering d.b.a. Mannering Construction Company's Petition for Determination of Good Faith Settlement Filed on July 10, 2006.

   DATED: Honolulu, Hawaii, _____.


              ___/s/ James H. Hershey_____
              Attorney for Defendants
              INSURANCE ASSOCIATES, INC.
              and SCOTT CHRISTENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., ) | CIVIL NO. CV 02-00146 SOM BMK |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through CM/ECF on _____.

Mark B. Desmarais        mdesmarais@tpm-hawaii.com

John O'Kane, Jr.         ffomaritime@aol.com

Paul A. Schraff          pschraff@dwyerlaw.com

DATED: Honolulu, Hawaii, _____.

        /s/ James H. Hershey
Attorney for Defendants
INSURANCE ASSOCIATES, INC.
and SCOTT CHRISTENSEN