ROBERT G. FRAME      1449-0
JOHN O'KANE, JR.            4280-0
MARK S. HAMILTON    7768-0

FRAME FORMBY & O'KANE
Attorneys at Law, A Law Corporation
Four Waterfront Plaza
500 Ala Moana Blvd., Ste. 575
Honolulu, Hawaii  96813
Telephone:  (808) 545-3043
Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Plaintiff
HEALY TIBBITTS BUILDERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HEALY TIBBITTS BUILDERS, INC. | ) | CIVIL NO. 02-00146 SOM/BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF HEALY TIBBITTS |
| | ) | BUILDERS, INC.'S JOINDER TO |
| vs. | ) | DEFENDANTS INSURANCE |
| | ) | ASSOCIATES, INC. AND SCOTT |
| MANNERING CONSTRUCTION | ) | CHRISTENSEN'S PETITION FOR |
| COMPANY; INSURANCE | ) | DETERMINATION OF GOOD |
| ASSOCIATES, INC.; HAWAII | ) | FAITH OF SETTLEMENT; |
| EMPLOYERS' MUTUAL | ) | CERTIFICATE OF SERVICE |
| INSURANCE COMPANY, INC. | ) | |
| | ) | Hearing: |
| Defendants. | ) | Date: August 16, 2006 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Barry M. Kurren |
| | ) | |
| _____ | ) | Trial: September 12, 2006 |

## PLAINTIFF HEALY TIBBITTS BUILDERS, INC.'S JOINDER TO DEFENDANTS INSURANCE ASSOCIATES, INC. AND SCOTT CHRISTENSEN'S PETITION FOR DETERMINATION OF GOOD FAITH OF SETTLEMENT

Plaintiff HEALY TIBBITTS BUILDERS, INC. ("Healy Tibbitts"), by and through its attorneys, Frame Formby & O'Kane, hereby joins Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN's Petition for Determination of Good Faith of Settlement ("Insurance Associates") to petition this Court for a judicial determination of the good faith of the settlement between Insurance Associates and Healy Tibbitts (collectively, the "Parties"), and for an order dismissing all cross-claims and any other claims by an alleged joint tortfeasor or co-obligor for equitable comparative contribution or partial or comparative indemnity against the Parties.

This joinder is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, Local Rule 7.9 of the Rules of the United States District Courts for the District of Hawaii, and Hawaii Revised Statutes Section 663-15.5 (Act 300 as enacted by the Legislature of the State of Hawaii, 2001 Session), and is supported by the entire record and files of this case.

DATED: Honolulu, Hawaii; July 13, 2006.

FRAME FORMBY & O'KANE
/S/ MARK S. HAMILTON

_____
ROBERT G. FRAME
JOHN O'KANE, JR.
MARK S. HAMILTON
Attorneys for Plaintiff
HEALY TIBBITTS BUILDERS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July, 2006, a true and correct copy of the foregoing document was served as indicated on the following at the address set out below:

| Mailed | Hand-<br>Delivered | |
|---|---|---|
| XX | | Paul A. Schraff, Esq.<br>DWYER SCHRAFF MEYER JOSSEM &<br>BUSHNELL<br>1800 Pioneer Plaza<br>900 Fort Street Mall<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>MANNERING CONSTRUCTION COMPANY |
| XX | | Mark B. Desmarais, Esq.<br>TOM PETRUS & MILLER, LLLC<br>Finance Factors Center<br>1164 Bishop Street, Suite 650<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>HAWAII EMPLOYERS' MUTUAL<br>INSURANCE COMPANY, INC |

XX                    James H. Hershey, Esq.
                     FUKUNAGA MATAYOSHI
                      HERSHEY & CHING
                     Davies Pacific Center
                     841 Bishop Street, Ste. 1200
                     Honolulu, HI 96813

                     Attorney for Defendant
                     INSURANCE ASSOCIATES, INC.

         DATED: Honolulu, Hawaii; July 13, 2006.


                          FRAME FORMBY & O'KANE

                          /S/ MARK S. HAMITON
                          _ _____
                          JOHN O'KANE, JR.
                          MARK S. HAMILTON
                          Attorneys for Plaintiff
                          HEALY TIBBITTS BUILDERS, INC.