IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., <br><br>Defendants. | CIVIL NO. 02-00146 SOM/BMK <br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was duly served electronically through CM/ECF on __JUL 28 2006__ :


JOHN O'KANE, JR., ESQ.
ffomaritime@aol.com

JAMES H. HERSHEY, ESQ.
jhh@fmhc-law.com

561569.1

PAUL A. SCHRAFF, ESQ.
pschraff@dwyerlaw.com

DATED: Honolulu, Hawaii, ____JUL 2 8 2006____.

*/s/ Mark B. Desmarais*
MARK B. DESMARAIS

Attorney for Defendant
HAWAII EMPLOYERS' MUTUAL
INSURANCE COMPANY

2