# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
8-16-06  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00146BMK |
| CASE NAME: | Healy Tibbitts Builders, Inc. v. Mannering Construction Co., et al. |
| ATTYS FOR PLA: | Mark Hamilton |
| ATTYS FOR DEFT: | Paul A. Schraff, Mark Desmarais, James H. Hershey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 8-16-06 | TIME: | 2:12 - 2:21 |

COURT ACTION:  EP:  Defendant John A. Mannering dba Mannering Construction Company's Petition for Determination of Good Faith Settlement (199) - GRANTED.

Defendant's Insurance Associates, Inc. and Scott Christensen's Petition for Determination of Good Faith Settlement (201) - GRANTED.

Schraff to prepare the orders and a Stipulation to Dismiss.

Submitted by Richlyn W. Young, courtroom manager