Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF            2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Fax:  (808) 537-4667
E-Mail:  pschraff@dwyerlaw.com

Attorney for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN<br><br>Defendants. | CIVIL NO. CV02-00146 SOM BMK<br><br>ORDER DETERMINING GOOD FAITH SETTLEMENTS<br><br>Hearing Date: August 16, 2006<br>        Time: 2:00 p.m.<br>       Judge: Barry M. Kurren |

## ORDER DETERMINING GOOD FAITH SETTLEMENTS

Defendant JOHN M. MANNERING d.b.a. Mannering Construction Company's PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, filed July 10, 2006, and DEFENDANTS INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, filed July 10, 2006, came on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled court, on August 16, 2006, at 2:00 p.m., Paul A. Schraff appearing for Defendant JOHN M. MANNERING, d.b.a. Mannering Construction Company; Mark S. Hamilton appearing for Plaintiff HEALY TIBBITTS BUILDERS, INC.; James H. Hershey appearing for Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN; and Mark B. Desmarais appearing for Defendant HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC. ("HEMIC"). The court, having reviewed both of the Petitions, the memoranda, declarations and exhibits in support thereof, the joinders therein and the partial opposition thereto, and having considered the presentations of a counsel at the hearing and the records and files herein and good cause appearing, the court hereby:

ORDERS AND DETERMINES that both of the Settlement Agreements which are the subject of the Petitions are made in good faith as contemplated in and required by §663-15.5, Hawaii Revised Statutes.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 7, 2006

Approved as to form:


/s/ Mark S. Hamilton
John O'Kane, Jr.
Mark S. Hamilton
Attorneys for Plaintiff
HEALY TIBBITTS BUILDERS, INC


/s/ James H. Hershey
James H. Hershey
Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN


/s/ Mark B. Desmarais
Mark B. Desmarais
Attorney for Defendant
HAWAII EMPLOYERS MUTUAL
 INSURANCE COMPANY, INC




HEALY TIBBITTS BUILDERS, INC. V. MANNERING CONSTRUCTION COMPANY, ET AL.; CV. NO. 02-00146 SOM-BMK; ORDER DETERMININGG GOOD FAITH SETTLEMENT.