# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 02-00146BMK

CASE NAME:      Healy Tibbitts Builders, Inc. v. Mannering Construction Co., et al.

ATTYS FOR PLA:  Mark Hamilton

ATTYS FOR DEFT:  Paul A. Schraff, Mark Desmarais by phone

INTERPRETER:

---

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|---|---|---|---|
| DATE: | 10/31/2006 | TIME: | 9 - 9:14 |

---

COURT ACTION:  EP: Status Conference Re Dismissal held.  Not all parties have signed the settlement agreement. Further Status Conference Re Dismissal set for 12/4/2006 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager