# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/04/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00146BMK |
| CASE NAME: | Healy Tibbitts Builders, Inc. v. Mannering Construction Company, et al. |
| ATTYS FOR PLA: | Mark Hamilton |
| ATTYS FOR DEFT: | Paul A Schraff, James H. Hershey, Mark Desmarais |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 12/04/2006 | TIME: | 9 - 9:10 |

COURT ACTION:  EP: Status Conference Re Dismissal held.  Mark Hamilton to call the court on 12/5/06 after conferring with his client re settlement process.

Submitted by Richlyn Young, Courtroom Manager