# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 02-00146BMK |
| CASE NAME: | Healy Tibbitts Builders, Inc. Vs. Mannering Construction Company, et al. |
| ATTYS FOR PLA: | Robert Frame and Mark Hamilton |
| ATTYS FOR DEFT: | Paul Schraff, James Hershey and Mark Morita |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | None |
| DATE: | 07/05/2007 | TIME: | 2:00pm-2:20pm |

COURT ACTION:  EP: Further Settlement Conference-Settlement Conference Held.  No Settlement at this time.  Further Settlement continued to 8/16/2007 @2:30 p.m.


Submitted by Leslie L. Sai, Courtroom Manager