# MINUTES

CASE NUMBER:        CV 02-00146BMK

CASE NAME:          Healy Tibbitts v. Mannering

ATTYS FOR PLA:      Mark Hamilton

ATTYS FOR DEFT:     Paul A. Schraff, Mark Desmarais, James H. Hershey

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:    Chambers

DATE:     08/24/2007               TIME:        9 - 9:20

COURT ACTION:  EP: Further Settlement Conference held.  Status Conference set for 10/22/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager