# MINUTES

CASE NUMBER:        CV 02-00146BMK

CASE NAME:          Healy Tibbitts Builders, Inc. v. Mannering Construction Co.

ATTYS FOR PLA:      Mark Hamilton

ATTYS FOR DEFT:     Paul A. Schraff, James H. Hershey

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
|---|---|---|---|
| DATE: | 10/22/2007 | TIME: | 9:35 - 9:38 |

COURT ACTION:  EP: Status Conference held.  Mr. Hamilton to submit a Stipulation for Dismissal within 2 weeks.  Further Status Conference set for 11/5/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren. If the Stipulation for Dismissal is not submitted by this time, the person responsible is to participate by phone at the next Status Conference.

Submitted by Richlyn W. Young, courtroom manager