# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 02-00146BMK |
| CASE NAME: | Healy Tibbitts Builders, Inc. v. Mannering Construction Co., et al. |
| ATTYS FOR PLA: | Mark Hamilton |
| ATTYS FOR DEFT: | Paul A. Schraff, James H. Hershey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 11/05/2007 | TIME: | 8:55 - 9 |

COURT ACTION:  EP: Further Status Conference - *Stipulation to Dismiss With Jurisdiction Retained* submitted by Paul A. Schraff signed and filed.

Submitted by Richlyn Young, Courtroom Manager