ORIGINAL

Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law, A Law Corporation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 05 2007

at ___4___ o'clock and ___ m ___
SUE BEITIA, CLERK

PAUL A. SCHRAFF                2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 524-8000
Fax: (808) 537-4667
E-Mail: pschraff@dwyerlaw.com

Attorney for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN<br><br>Defendants. | CIVIL NO. CV02-00146 SOM BMK<br><br>STIPULATION TO DISMISS WITH JURISDICTION RETAINED |

STIPULATION TO DISMISS WITH JURISDICTION RETAINED

The undersigned, by and through their attorneys, specifically, Mark S. Hamilton on behalf of Plaintiff HEALY TIBBITTS BUILDERS, INC. ("HTB");

258611.5

Paul A. Schraff on behalf of Defendant JOHN M. MANNERING, d.b.a. Mannering Construction Company ("MANNERING"); James H. Hershey on behalf of Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN (collectively "IAI"); and Mark B. Desmarais on behalf of Defendant HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC. ("HEMIC") being all of the parties hereto, in performance of the settlement agreements between and among HTB, IAI and MANNERING, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate as follows:

1.  All claims filed herein <u>against</u> HEMIC which were <u>not</u> decided by the court's March 8, 2004 ORDER GRANTING HEMIC'S MOTION FOR SUMMARY JUDGMENT AGAINST HTBI'S CLAIMS AND MANNERING'S CROSS-CLAIMS; DENYING MANNERING'S MOTION FOR SUMMARY JUDGMENT AGAINST HTBI; GRANTING IN PART AND DENYING IN PART IAI'S MOTION FOR SUMMARY JUDGMENT ON HTBI'S CLAIMS; GRANTING IN PART AND DENYING IN PART IAI'S AND CHRISTENSEN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MANNERING'S CROSS-CLAIMS, are dismissed WITHOUT prejudice;

2.  All claims filed herein <u>by</u> HEMIC are dismissed WITHOUT prejudice;

3. All other claims filed herein by and against all parties <u>except</u> HEMIC are dismissed WITH prejudice;

4. The dismissals by and against HEMIC are not, and shall not be construed to be, a waiver of any claims or defenses by or against HEMIC. This order shall be construed as consistent with State Act 300 (HRS 663-15.5) as set forth in this court's Order Determining Good Faith Settlement dated September 7, 2006.

5. The court shall retain jurisdiction solely to interpret and enforce the settlement agreements. In all other respects, this is a final and appealable order which resolves all claims among all parties and there are no pending claims.

_____
Mark S. Hamilton
Attorney for Plaintiff
HEALY TIBBITTS BUILDERS, INC

_____
Paul A. Schraff
Attorney for Defendant
JOHN M. MANNERING, d.b.a
Mannering Construction Company

_____
James H. Hershey
Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN

_____
Mark B. Desmarais
Attorney for Defendant
HAWAII EMPLOYERS MUTUAL
INSURANCE COMPANY, INC

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, _____11-5_____, 2007.

_____
Judge of the above entitled court