AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC. | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 02-00146 BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MANNERING CONSTRUCTION CO.;<br>INSURANCE ASSOCIATES, INC.;<br>HAWAII EMPLOYERS' MUTUAL<br>INSURANCE CO., INC. | November 6, 2007<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the " Order Granting Hemic's Motion for Summary Judgment Against HTBI's Claims and Mannering's Cross-Claims; Denying Mannering's Motion for Partial Summary Judgment against HTBI; Granting in Part and Denying in Part IAI's Motion for Summary Judgment on HTBI's Claims; Granting in Part and Denying in Part IAI's and Christensen's Motion for Partial Summary Judgment on Mannering's Cross-Claims" filed on March 8, 2004 and entered by Judge Susan Oki Mollway.

cc: all counsel

| | |
|---|---|
| November 6, 2007 | SUE BEITIA |
| Date | Clerk |
| | (By) Deputy Clerk |