ORIGINAL

Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF           2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Fax:  (808) 537-4667
E-Mail:  pschraff@dwyerlaw.com

Attorney for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION
COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 21 2007
at 11 o'clock and ___ min. ___M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HEALY TIBBITTS BUILDERS, INC., | CIVIL NO. 02-00146 SOM/BMK |
|---|---|
| Plaintiff, | |
| vs. | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN | NOTICE OF APPEAL |
| Defendants. | |

NOTICE OF APPEAL

Notice is hereby given that Defendant JOHN M. MANNERING, d.b.a.

Mannering Construction Company, individually, and as assignee of the claims of

265758.1

and, in such capacity only, in the name of, Plaintiff HEALY TIBBITTS BUILDERS, INC. and Defendants INSURANCE ASSOCIATES, INC. and SCOTT CHRISTENSEN in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on November 6, 2007 and all prior rulings.

DATED: Honolulu, Hawaii, November 21, 2007.

_____
Paul A. Schraff
Attorney for Defendant
JOHN M. MANNERING, d.b.a
Mannering Construction Company