Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF                    2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Fax:  (808) 537-4667
E-Mail:  pschraff@dwyerlaw.com

Attorney for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEALY TIBBITTS BUILDERS, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN<br><br>         Defendants. | CIVIL NO. CV02-00146 ~~SOM~~ BMK<br><br>REPRESENTATION STATEMENT |

265762.1

## REPRESENTATION STATEMENT

The attorneys for, and all of the parties to, this action are the following:

PAUL A. SCHRAFF
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808)-524-8000
Fax: (808)-537-4667

Attorney for Defendant
JOHN M. MANNERING,
d.b.a. Mannering Construction Company

MARK S. HAMILTON
Frame Formby & O'Kane
Four Waterfront Plaza, Suite 575
Honolulu, Hawaii 96813
Telephone: (808)-545-3043
Fax: (808)-545-3065

Attorney for Plaintiff
HEALY TIBBITTS BUILDERS, INC

MARK B. DESMARAIS
Tom Petrus & Miller, LLLC
Finance Factors Ctr.
1164 Bishop St., Ste 650
Honolulu, Hawaii 96813
Telephone: (808)-792-5800
Fax: (808)-792-5809

Attorney for Defendant
HAWAII EMPLOYERS' MUTUAL
INSURANCE COMPANY, INC.

JAMES H. HERSHEY
Fukunaga Matayoshi Hershey&Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808)-533-4300
Fax: (808)-531-7585

Attorney for Defendants
INSURANCE ASSOCIATES, INC.
and SCOTT CHRISTENSEN

DATED: Honolulu, Hawaii, November 21, 2007.

_____
Paul A. Schraff
Attorney for Defendant
JOHN M. MANNERING, d.b.a
Mannering Construction Company