# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 241707 |
|---|---|
| Trans | 148522 |

Received From: **DWYER SCHRAFF MEYER**
Case Number:
Reference Number:  CV 02-146 ~~SOM~~

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** |  | **455.00** |
|  | Tend |  | 455.00 |
|  | Due |  | 0.00 |

11/21/2007 11:15:56 AM      Deputy Clerk:  lg/DT      _____