ORIGINAL

Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law, A Law Corporation

PAUL A. SCHRAFF            2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 524-8000
Fax: (808) 537-4667
E-Mail: pschraff@dwyerlaw.com

Attorney for Defendant
JOHN M. MANNERING d.b.a.
MANNERING CONSTRUCTION
COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 21 2007
___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HEALY TIBBITTS BUILDERS, INC., | CIVIL NO. CV02-00146 ~~SOM~~ BMK |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| MANNERING CONSTRUCTION COMPANY; INSURANCE ASSOCIATES, INC.; HAWAII EMPLOYERS MUTUAL INSURANCE COMPANY, INC., and SCOTT CHRISTENSEN | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Transcript Designation and Ordering

Form was duly served this day upon the following parties at their last known addresses by depositing same in the United States Mail, postage prepaid, as follows:

MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza, Suite 575
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Attorney for Plaintiff
HEALY TIBBITTS BUILDERS

JAMES HERSHEY, ESQ.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendants
INSURANCE ASSOCIATES, INC. and
SCOTT CHRISTENSEN

MARK B. DESMARAIS, ESQ.
Tom Petrus & Miller, LLLC
Finance Factors Ctr.
1164 Bishop St., Ste. 650
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII EMPLOYERS' MUTUAL
INSURANCE COMPANY, INC.

DATED: Honolulu, Hawaii, November 21, 2007.

_____
PAUL A. SCHRAFF
Attorneys for Defendant
JOHN M. MANNERING dba
MANNERING CONSTRUCTION
COMPANY