# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** HEALY TIBBITS BUILDERS, INC. Vs. MANNERING CONSTRUCTION COMPANY, ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 07-17193

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 02-00146BMK

II. **DATE NOTICE OF APPEAL FILED:** November 21, 2007

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 07 2007
DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 11/21/07     **AMOUNT:** $455.00

**NOT PAID YET:**     **BILLED:**

**U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**     **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)